**FILED**

JAN 16 1991

CLERK
U. S. DISTRICT COURT
MIDDLE DIST. OF AL
MONTGOM...

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | CR. NO. 91-7-N |
| ) | [18 USC 922(g)(1); |
| v. ) | 18 USC 924(c)(1); |
| ) | 21 USC 841(a)(1)] |
| JOSEPH CAMMON and ) | |
| ODELL EUGENE CAMMON, ) | INDICTMENT |
| A/K/A EUGENE LOVE, ) | |
| A/K/A HARRY GREEN ) | |

The Grand Jury charges:

COUNT I

On or about the 12th day of January, 1990, in Clanton, in the Middle District of Alabama,

JOSEPH CAMMON,

the defendant herein, having been convicted on or about March 3, 1978, in the United States District Court, Northern District of Alabama, of one count of conspiring to distribute heroin and of one count of distribution of heroin, crimes punishable by imprisonment for a term exceeding one year under the laws of the United States, knowingly did possess firearms, that is, a Rohm, .22 caliber revolver, serial number 47649; a U.S. Revolver Company, .38 caliber revolver, serial number 19507; an Arminius Titan Tiger .38 caliber revolver, serial number 010499; an RG, Model RG14 .22 caliber revolver serial number 260708, which had been transported in interstate commerce, in violation of Title 18, United States Code, Section 922(g)(1).



## COUNT II

On or about the 14th day of January, 1990, in Clanton, in the Middle District of Alabama,

>ODELL EUGENE CAMMON,
>A/K/A EUGENE LOVE,
>A/K/A HARRY GREEN,

the defendant herein, having been convicted on or about March 3, 1978, in the United States District Court, Northern District of Alabama, of one count of conspiring to distribute heroin and of one count of distribution of heroin, crimes punishable by imprisonment for a term exceeding one year under the laws of the United States, knowingly did possess firearms, that is, a Arminius Titan Tiger .38 caliber revolver, serial number 010499, and a RG, Model RG14 .22 caliber revolver serial number 260708, which had been transported in interstate commerce, in violation of Title 18, United States Code, Section 922(g)(1).

## COUNT III

On or about the 2nd day of February, 1990, in Clanton, in the Middle District of Alabama,

>ODELL EUGENE CAMMON,
>A/K/A EUGENE LOVE,
>A/K/A HARRY GREEN,

the defendant herein, having been convicted on or about March 3, 1978, in the United States District Court, Northern District of Alabama, of one count of conspiring to distribute heroin and of one count of distribution of heroin, crimes punishable by imprisonment for a term exceeding one year under the laws of the United States, knowingly did possess firearms, that is, a Interdynamic 9MM semi-

automatic pistol, serial number 07742 and a Colt, Single Action Buntline Scout, .22 caliber 6 shot revolver, serial number 61033F which had been transported in interstate commerce, in violation of Title 18, United States Code, Section 922(g)(1).

### COUNT IV

On or about the 7th day of February, 1990, in Clanton, in the Middle District of Alabama,

>JOSEPH CAMMON and
>ODELL CAMMON,
>A/K/A EUGENE LOVE,
>A/K/A HARRY GREEN,

the defendants herein, having been convicted on or about March 3, 1978, in the United States District Court, Northern District of Alabama, of one count of conspiring to distribute heroin and of one count of distribution of heroin, crimes punishable by imprisonment for a term exceeding one year under the laws of the United States, knowingly did possess firearms, that is, a Marlin, Model 60 .22 caliber, semi-automatic rifle, serial number 14377455; a Marlin, Model 336, .30-.30 caliber lever rifle, serial number 21111899; a New England Firearms Company Pardner, Model SB1, single shot 12 gauge shotgun, serial number NA190593; a Ruger New Model Super Blackhawk, .44 magnum 6-shot revolver, serial number 85-48358, which had been transported in interstate commerce, in violation of Title 18, United States Code, Section 922(g)(1).

## COUNT V

On or about the 20th day of April, 1990, in Clanton, in the Middle District of Alabama,

JOSEPH CAMMON,

the defendant herein, having been convicted on or about March 3, 1978, in the United States District Court, Northern District of Alabama, of one count of conspiring to distribute heroin and of one count of distribution of heroin, crimes punishable by imprisonment for a term exceeding one year under the laws of the United States, knowingly did possess a firearm, that is, a Winchester Model 270 .22 caliber pump rifle, serial number 516946, which had been transported in interstate commerce, in violation of Title 18, United States Code, Section 922(g)(1).

## COUNT VI

On or about the 23rd day of May, 1990, in Clanton, in the Middle District of Alabama,

JOSEPH CAMMON,

the defendant herein, having been convicted on or about March 3, 1978, in the United States District Court, Northern District of Alabama, of one count of conspiring to distribute heroin and of one count of distribution of heroin, crimes punishable by imprisonment for a term exceeding one year under the laws of the United States, knowingly did possess a firearm, that is, a Revelation Model 350 12 gauge, single shot, shotgun, which had been transported in interstate commerce, in violation of Title 18, United States Code, Section 922(g)(1).

## COUNT VII

On or about the 19th day of October, 1990, in Clanton, in the Middle District of Alabama,

JOSEPH CAMMON,

the defendant herein, having been convicted on or about March 3, 1978, in the United States District Court, Northern District of Alabama, of one count of conspiring to distribute heroin and of one count of distribution of heroin, crimes punishable by imprisonment for a term exceeding one year under the laws of the United States, knowingly did possess firearms, that is, a Winchester, Model 190, .22 caliber, semi-automatic rifle, serial number B1562130; a Marlin-Glenfield, Model 60, .22 caliber, semi-automatic rifle, serial number 19294165; a J. Stevens Arms & Tool Company, 12 gauge, single shot shotgun; a Marlin, Model 336, .30-.30 caliber, lever action rifle, serial number 25156428; a Remington, Model 870, Wingmaster, 16 gauge, pump shotgun, serial number 952090W; a Winchester, Model 190, .22 caliber, semi-automatic rifle, serial number 328900; a Remington, Model 552, Speedmaster, .22 caliber, semi-automatic rifle, which had been transported in interstate commerce, in violation of Title 18, United States Code, Section 922(g)(1).

COUNT VIII

On or about the 18th day of January, 1990, in Clanton, in the Middle District of Alabama,

ODELL CAMMON,
A/K/A EUGENE LOVE,
A/K/A HARRY GREEN,

defendant herein, did knowingly and intentionally distribute cocaine base, a Schedule II Controlled Substance, in violation of Title 21, United States Code, Section 841(a)(1).

COUNT IX

That between on or about the 18th day of January, 1990, to on or about the 7th day of February, 1990, in Clanton, in the Middle District of Alabama,

ODELL CAMMON,
A/K/A EUGENE LOVE,
A/K/A HARRY GREEN,

defendant herein, did unlawfully and knowingly carry a firearm, that is, a .44 magnum revolver, during and in relation to the commission of the offense of distribution of cocaine base, a drug trafficking crime prosecutable in a court of the United States, in violation of Title 18, United States Code, Section 924(c)(1).

A TRUE BILL:

_____
Foreperson

_____
JAMES ELDON WILSON
United States Attorney

_____
RACHEL V. LEE
Assistant United States Attorney

6