IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

FILED

APR 23 1991

CLERK
U.S. DIST. COURT
MIDDLE DIST. OF ALA
DEPUTY CLERK, BY

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| vs | ) CR. NO. 91-7-N |
| ODELL EUGENE CAMMON, | ) |
| Defendant. | ) |

JURY VERDICT

As to Count 2 of the indictment, we, the Jury, find the defendant, **ODELL EUGENE CAMMON**:

\_\_\_\_\_ GUILTY        √ NOT GUILTY

As to Count 3 of the indictment, we, the Jury, find the defendant, **ODELL EUGENE CAMMON**:

\_\_\_\_\_ GUILTY        √ NOT GUILTY

As to Count 4 of the indictment, we, the Jury, find the defendant, **ODELL EUGENE CAMMON**:

√ GUILTY        \_\_\_\_\_ NOT GUILTY

As to Count 8 of the indictment, we, the Jury, find the defendant, **ODELL EUGENE CAMMON**:

√ GUILTY        \_\_\_\_\_ NOT GUILTY

As to Count 9 of the indictment, we, the Jury, find the defendant, **ODELL EUGENE CAMMON**:

√ GUILTY        \_\_\_\_\_ NOT GUILTY

This the 23rd day of April, 1991.

_____
FOREPERSON