# CRIMINAL DOCKET — U.S. District Court

| | | | |
|---|---|---|---|
| PO ☐ | 1127 2 Assigned 2705 | WRIT ☐ | vs. |
| Misd. ☐ | Disp/Sentence 2705 | JUVENILE ☐ | • CAMMON, ODELL EUGENE, aka LOVE, EUGENE, aka GREEN, HARRY |
| Felony ☒ | District Off Judge/Magistr. | ALIAS ☐ OFFENSE ON INDEX CARD ▶ | |

(LAST, FIRST, MIDDLE)

Filed: Mo. 01 Day 16 Yr. 91

No. of Def's 2

Docket No. 91-00007-02

U.S. MAG. CASE NO. ▶

## I. CHARGES

| U.S. TITLE/SECTION | OFFENSES CHARGED | ORIGINAL COUNTS | DISM. |
|---|---|---|---|
| 18/922(g)(1) | Possession of firearms, which had been transported in interstate commerce, by a felon (Cts. 2 thru 4) | 3 | NG ☒ |
| 21/841(a)(1) | Distribution of a Schedule II controlled substance --cocaine base (Ct. 8) | 1 | |
| 18/924(c)(1) | Carrying a firearm during a drug trafficking crime prosecutable in a court of the U.S. (Ct. 9) | 1 | |
| | (1) §2255 - CV-93-H-1049-N filed 8/25/93 | | |
| | (2) §2255 - CV-96-H-1424-N filed 9/13/96 | | |
| | (3) §2255 - CV-98-H-214-N filed 2/27/98 | | |

SUPERSEDING COUNTS

## II. KEY DATE / TRIAL TERM

INTERVAL ONE — KEY DATE EARLIEST OF: ☐ arrest ☐ sum'ns ☐ custody ☐ appears—on complaint

END ONE AND/OR BEGIN TWO (OR RESTART PERIOD TO TRIAL):
KEY DATE 1-16-91 APPLICABLE
☒ Indictment filed/unsealed
☐ consent to Magr. trial on complaint
☐ Information
☐ Felony-W/waiver

KEY DATE 1-31-91 / 3-19-91
a) ☒ 1st appears on pending charge /R40
b) ☐ Receive file R20/21
c) ☐ Supsdg: ☐ Indt ☐ Inf
d) ☒ Order New trial
e) ☐ Remand  f) ☐ G/P Withdrawn

END INTERVAL TWO — KEY DATE 3-18-91 / 4-15-91 APPLICABLE
☐ Dismissal
☐ Pled guilty ☐ After N.G.
☐ Nolo ☐ After nolo
☒ Trial (voir dire) began
☒ Jury ☐ N.J.

| 1st appears with or waives counsel | ARRAIGNMENT 1-31-91 | 1st Trial Ended 3-18-91 | RE-TRIAL | 2nd Trial Began 4-15-91 | DISPOSITION DATE 4-23-91 | SENTENCE DATE 7-17-91 | PTD ☐ Nolle ☐ Pros. | FINAL CHARGES DISMISSED ☐ on S.T. grounds ☐ W.P. ☐ WOP | on def motion on gov't motion |

## III. MAGISTRATE

| Search Warrant | Issued / Return | DATE | INITIAL/NO. | INITIAL APPEARANCE DATE ▶ | | INITIAL/NO. | OUTCOME: |
|---|---|---|---|---|---|---|---|
| Summons | Issued / Served | | | PRELIMINARY EXAMINATION or REMOVAL HEARING | Date Scheduled ▶ / Date Held ▶ | | ☐ DISMISSED ☐ HELD FOR GJ OR OTHER PROCEEDING IN THIS DISTRICT ☐ HELD FOR GJ OR OTHER PROCEEDING IN DISTRICT BELOW |
| Arrest Warrant Issued | | | | ☐ WAIVED ☐ NOT WAIVED Tape Number | | | |
| COMPLAINT ▶ | | | | ☐ INTERVENING INDICTMENT | | | |
| Date of Arrest | OFFENSE (In Complaint) | | | | | | |

Show last names and suffix numbers of other defendants on same indictment/information:
▶ 01-JOSEPH CAMMON

RULE: 20 21 40 In Out

## IV. NAMES & ADDRESSES OF ATTORNEYS, SURETIES, ETC.

ATTORNEYS
U.S. Attorney or Asst: REDDING PITT, ~~JAMES ELDON WILSON,~~ United States Attorney
Rachel V. Lee, Asst. U.S. Attorney

91-7007

Defense: 1 ☒ CJA   2 ☐ Ret.   3 ☐ Waived.   4 ☐ Self.   5 ☐ Non/Other.   6 ☐ PD.   7 ☐ CD

John D. Cates
312 Scott Street
Montgomery, AL 36104
Ph. 205-262-4887

Defendant's Address:
~~Staton Correctional Center~~
~~AIS#159870~~
~~P. O. Box 56~~
~~Elmore, AL 36025~~
~~Kilby Correctional Facility~~
~~P. O. Box 150~~
~~Mt. Meigs, AL 36057~~

New address:
Reg. No. 08358-002
P. O. Box 7007
Marianna, Fl 32447-7007

☒ Docket Entries Begin On Reverse Side

BAIL • RELEASE

PRE-INDICTMENT
Release Date: ____
Bail ☐ Denied
AMOUNT SET $ ____
Date Set ____
☐ Bail Not Made
Date Bond Made ____
☐ Fugitive ☐ Pers. Rec. ☐ PSA
Conditions: ☐ 10% Dep. ☐ Surety Bnd ☐ Collateral ☐ 3rd Prty ☐ Other

POST-INDICTMENT
Release Date: ____
Bail ☐ Denied
AMOUNT SET $ ____
Date Set ____
☐ Bail Not Made
Date Bond Made ____
☐ Fugitive ☐ Pers. Rec. ☐ PSA
Conditions: ☐ 10% Dep. ☐ Surety Bnd ☐ Collateral ☐ 3rd Prty ☐ Other

APPEALS FEE PAYMENTS

| FINE AND RESTITUTION PAYMENTS | | | | | |
|---|---|---|---|---|---|
| DATE | RECEIPT NUMBER | C.D. NUMBER | DATE | RECEIPT NUMBER | C.D. NUMBER |
| | | | | | |

| DATE DOCUMENT NO. | | V. PROCEEDINGS | EXCLUDABLE DELAY Start Date / End Date | Ltr Code | Total Days |
|---|---|---|---|---|---|
| | | (OPTIONAL) Show last names of defendants | | | |
| 1-16-91 | 1 | **Indictment.** Case assigned to Judge Thompson. | | | |
| 1-16-91 | 3 | **Warrant** for arrest. | | | |
| 1-23-91 | 6 | Government's petition for writ of habeas corpus ad prosequendum for defendant's appearance at arraignment set for 1/31/91 at 10:00 a.m. | | | |
| 1-23-91 | 7 | Writ issued. | | | |
| 1-28-91 | 9 | ARRAIGNMENT NOTICE (1-31-91 at 10 a.m. 2nd floor courtroom) | | | |
| 1-31-91 | | **ARRAIGNMENT:** Defendant appeared before Judge Thompson with his appointed counsel, Hon. John D. Cates, and entered a plea of not guilty. Given 10 days to file motions, etc. Case set for trial before Judge Thompson, 3-18-91, in Montgomery. | | | |
| 1-31-91 | 11 | CJA 20 ORDER appointing Hon. John D. Cates to represent the defendant. | | | |
| 1-31-91 | 12 | Government's motion for a mental competency examination. Referred to Judge Thompson. | | | |
| 2-1-91 | 14 | TRIAL NOTICE (3-18-91 at 10 a.m., 2nd flr. ctrm.) | | | |
| 2-1-91 | 15 | Government's amended motion for mental competency examination. Referred to Judge Thompson. | | | |
| 2-4-91 | 16 | **ORDER** that government's motion for mental competency examination is set for hearing at 10:00 a.m., 2-15-91 in the second floor courtroom of the federal courthouse in Montgomery, AL. (Copies mailed to counsel; furnished: USA, USM, USPO.) | | | |
| 2-5-91 | 17 | Defendant's motion for order permitting discovery. Referred to Judge Thompson. | 2-5-91 | E | |
| 2-5-91 | 18 | Defendant's motion to exclude. Referred to Judge Thompson. | | | |
| 2-5-91 | 19 | Defendant's motion to suppress. Referred to Judge Thompson. | | | |
| 2-5-91 | 20 | Defendant's motion for continuance. (Exhibit A attached.) Referred to Judge Thompson. | | | |
| 2-8-91 | 24 | **ORDER** setting defendant's motions of 2/5/91 for a **hearing** on **2/15/91 at 10:00 a.m.** (Copy mail. counsel; furn. USA,USPO,USM.) | | | |
| 2-15-91 | 26 | Government's response to motion for order permitting discovery by defendant. Referred to Judge Thompson. | | | |
| 2-15-91 | 27 | Government's response to defendant's motion to suppress. Referred to Judge Thompson. | | | |
| 2-15-91 | 30 | Government's response/memorandum concerning motion to suppress. Referred to Judge Thompson. | | | |
| 2-19-91 | 31 | **ORDER** denying defendant's motion for a continuance; denying as moot defendant's order permitting discovery; denying the Gov't motion for mental competency exam as both have been withdrawn. (Copy mailed counsel; furn. USA,USPO,USM.) | | | |

CONTINUED TO PAGE

| UNITED STATES DISTRICT COURT | | | NORTHERN DIVISION |
|---|---|---|---|
| CRIMINAL DOCKET | U.S. vs CAMMON, ODELL EUGENE | | 91-00007-N-02 |
| AO 256A | | | Yr. \| Docket No. \|Def. |

| DATE | PROCEEDINGS (continued) | V. EXCLUDABLE DELAY |
|---|---|---|
| | (Document No.) | (a) \| (b) \| (c) \| (d) |
| 2-22-91 | 34  Defendant's motion for issuance of subpoenaes. Referred to Judge Thompson. | |
| 2-26-91 | 35  **ORDER** directing the clerk of court to issue the necessary processes to require the attendance of the witnesses listed in defendant's motion for trial commencing 3/18/91 at 10:00 a.m.; directing that the costs incurred and fees be paid as those so paid in witnesses subpoenaed for the u.S. (Copy mail. counsel; furn. USA.) | |
| 2-27-91 | 37  Government's requested voir dire questions. | |
| 2-27-91 | 38  Government's requested jury instructions. | |
| 3-4-91 | 41  Defendant's memorandum brief in support of defendant Joseph Cammons' motion to supress.  Referred to Judge Thompson. | |
| 3-4-91 | 42  Defendant's motion to compel and for an evidentiary hearing on motion to exclude. Referred to Judge Thompson. | |
| 3-5-91 | 43  **ORDER** ssetting a further evidentiary hearing on 3/12/91 at 9:00 a.m., 2nd floor courtroom, Federal Courthouse, Montgomery. (Copy mailed counsel; furn. USA,USPO,USM.) | |
| 3-5-91 | Court Reporter's [Denise Gordon] transcript of hearing on motion to suppress held 2/15/91. | |
| 3-5-91 | 44  **ORDER** setting defendant's motion to compel, etc., for a hearing on 3/12/91 at 9:00 a.m. (Copy mail. counsel; furn. USA,USPO,USM.) | |
| 3-7-91 | 45  Government's response to defendant's memorandum of law. Referred to Judge Thompson. | |
| 3-12-91 | Hearing on motion to suppress. | |
| 3-12-91 | 46  Courtroom Clerk's minutes of proceedings held this date. | |
| 3-14-91 | 47  **ORDER** denying defendant's motion to suppress or exclude physical evidence. (Copy furn. counsel; USA,USPO.) | |
| 3-14-91 | 48  **ORDER** denying defendant's motion for discovery as it seeks to discovery informants; denied in other respects as moot. (Copy furn. counsel; USA,USPO.) | |
| 3-14-91 | 49  **ORDER** denying motion to suppress statements given in the five searches. (Copy furn. counsel; USA,USPO.) | |
| 3-15-91 | 50  Defendant's jury qualification questions. | |
| 3-18-91 | Jury selected.  Trial commenced. | |
| 3-18-91 | MISTRIAL declared by Court. Case to be set for jury selection and trial at the 4/15/91 criminal term. | |

Interval (per Section II) | Start Date / End Date | Ltr. Code | Total Days

| UNITED STATES DISTRICT COURT | | | |
|---|---|---|---|
| CRIMINAL DOCKET | | CAMMON, ODELL EUGENE | 91-00007-02 |
| AO 256A | | | Page 3 |

| DATE | PROCEEDINGS (continued) (Document No.) | V. EXCLUDABLE DELAY (a) (b) (c) (d) |
|---|---|---|
| 3-18-91 | 53  Courtroom Clerk's minutes of proceedings. | |
| 3-19-91 | 54  **ORDER** granting defendant's motion for a mistrial made orally 3/18/91; setting this case for jury selection before Judge Truman Hobbs, 4/15/91 and trial before Judge Myron H. Thompson. (Copies mailed counsel; furn. USA,USPO,USM.) | |
| 3-26-91 | 58  Defendant's motion in limine. Referred to Judge Thompson. | |
| 3-26-91 | 59  Defendant's motion for subpoenas. Referred to Judge Thompson. | |
| 3-26-91 | 60  **ORDER** granting defendant's motion for subpoenas directing the Clerk to issue the necessary processes; that costs incurred shall be paid in the same manner that similar costs, etc. are paid when witnesses are subpoenaed in behalf of the United States. (Copy mail. counsel; furn. USA,USPO,USM.) **Subpoenas issued.** | |
| 4-5-91 | 63  Government's response to defendant's motion in limine. Referred to Judge Thompson | |
| 4-5-91 | 64  Defendant's motion for severance from co-defendant and offenses. Referred to Judge Thompson. **MOTION DENIED 4-15-91.** **Case re-assigned to Judge Hobbs.** | |
| 4-12-91 | 67  Government's **response** to motion to sever. Referred to Judge Hobbs. | |
| 4-15-91 | 68  **ORDER** denying defendant's motion for severance. (Copies furnished USA, USM & PO; mailed to counsel.) EOD 4-16-91. | |
| 4-15-91 | Jury selected. Trial to commence 4/22/91 at 9:00 a.m. | |
| 4-17-91 | 69  **Information to establish prior conviction.** | |
| 4-22-91 | Jury trial commences. | |
| 4-22-91 | 70  Defendant's addendum to motion in limine. Referred to Judge Hobbs. | |
| 4-23-91 | 71  Defendant's requested jury charges. | |
| 4-23-91 | 73  **Jury verdict** of **not guilty** to Counts 2 and 3 and **guilty** to Counts **4, 8 and 9** of the indictment. | |
| 4-24-91 | 74  Courtroom deputy's minutes of trial proceedings with exhibit and witness list attached. (4-22-91: Defendants' oral motion to strike testimony of Jerry Wilson and motion for mistrial - **OVERRULED**; Defendant's oral motion for judgment of Acquittal at the close of government's case: **Denied** as to each Count; 4-23-91 Defendant's oral motion for judgment of | |

| Interval (per Section II) | Start Date End Date | Ltr. Code | Total Days |
|---|---|---|---|

| UNITED STATES DISTRICT COURT | | | |
|---|---|---|---|
| CRIMINAL DOCKET | U.S. vs CAMMON, ODELL EUGENE | | 91-00007-02 |
| AO 256A | Page 4 | Yr. | Docket No. |

| DATE | PROCEEDINGS (continued) (Document No.) | V. EXCLUDABLE D[ (a) (b) (c |
|---|---|---|
| 4-23-91 | 74  Courtroom minutes continued: acquittal - **DENIED**; Weapons returned to U.S. Attorney; all other exhibits with Court file.) | |
| 4-29-91 | 76  Defendant's **motion** for new trial. Referred to Judge Hobbs. **DENIED 5-3-91.** | |
| 5-3-91 | 77  **ORDER** denying defendant's motion for a new trial. (Copies furnished USA, USM & PO; mailed to counsel.) EOD 5-3-91. | |
| 6-6-91 | 78  Defendant's **motion** to strike. Referred to Judge Hobbs. **DENIED 6-14-91** | |
| 6-14-91 | 79  **ORDER** denying defendant's motion to strike as moot. (Copies mailed to counsel; furnished: USA, USM, USPO) EOD: 6-14-91 | |
| 6-19-91 | 80  Probation Officer's letter on completion and mailing of presentence report to counsel and defendant. | |
| 6-20-91 | 81  **SENTENCING NOTICE. 7/11/91 at 11 a.m.,** 1st floor courtroom, Montgomery, AL. | |
| 7-1-91 | 82  **NOTICE** of change in sentencing time from 11 a.m. to 2:00 P.M. first floor courtroom, on 7/11/91. | |
| 7-3-91 | 83  **NOTICE** of change in sentencing time from 2:00 p.m. on 7/11/91 **to 7/17/91 at 2:00 p.m.** first floor courtroom, Montgomery, AL. | |
| 7-17-91 | **SENTENCE.** 84  **JUDGMENT** committing defendant to the custody of the BOP for a term of **270 months**; that this term consists of 120 months on Count 4 and 210 months on Count 8 to be served concurrently with each other and 60 months on Count 9 to be served consecutively to the term on Count 8; placing defendant on supervised release for a term of 3 years on each of Counts 4, 8 and 9 to run concurrently; that defendant pay an assessment fee of $150.00 through the Clerk's Office this date; declining to order restitution as there is not identifiable victim who incurred a loss as a result of this offense; that while on supervised release the defendant shall comply with the standard conditions of release that have been adopted by this Court and shall comply with the following additional conditions: That the defendant shall not possess a firearm or destructive device; That the defendant shall report in person to the U.S. Probation Office int he district of release within 72 hours of his release from custody of the BOP; that the defendant is to participate in a substance | |

UNITED STATES DISTRICT COURT
CRIMINAL DOCKET

AO 256A

| DATE | PROCEEDINGS (continued) Page 5 (Document No.) | V. EXCLUDABLE DELAY (a) | (b) | (c) | (d) |
|---|---|---|---|---|---|
| 7-17-91 | 84  JUDGMENT CONTINUED: abuse treatment program as directed by his probation officer; that the defendant is to provide his probation officer with any requested financial information. Further ORDERED that the defendant is to stand committed for service of this sentence this date. (Copies furnished to USA, PO, USM, defendant; mailed to John D. Cates and Chilton Co. Bd. of Registrars.) EOD 7/18/91 | | | | |
| 7-17-91 | 85  **ORDER** that the presentence report in this cause be filed with the Clerk of this Court wherein it shall be placed under **seal**; that if an appeal is taken, the presentence report shall be transmitted under seal to the appellate court; that upon written application to the Clerk of this Court, counsel for the defendant and for the government may examine the report or obtain a copy thereof as futher set out in order. (Copies furnished to USA, PO; mailed to counsel.) EOD 7-18-91 | | | | |
| 7-17-91 | 86 Presentence report.  (**SEALED** and placed in vault.) | | | | |
| 7-24-91 | 87  Defendant's Notice of Appeal to the U. S. Court of Appeals, Eleventh Circuit from the order entered 7/17/91. (Copies mailed to John D. Cates with appeal information sheet; furnished Rachel V. Lee, AUSA; furnished James R. Dickens and Denise Gordon, Court Reporters; and certified copies to USCA, Eleventh Circuit with copies of orders appealed from and docket entries.) | | | | |
| 7-24-91 | 88  Marshal's return on warrant for arrest unexecuted. | | | | |
| 9-24-91 | Court Reporter James R. Dickens' official transcript (2 volumes) of jury trial held April 22-23, 1991 before Judge Truman M. Hobbs, Montgomery, AL. | | | | |
| 9-27-91 | 89  CJA-24 form approved for payment in the amount of $626.00 by Judge Hobbs. | | | | |
| 1-23-92 | Court Reporter Denise Gordon's official transcript (1 volume) of March 12, 1991 supplemental evidentiary hearing and hearing on defendant's motion to compel held before Judge Thompson, Montgomery, AL. | | | | |
| 1-24-92 | Court Reporter Denise Gordon's official transcript (1 volume) of jury trial held March 18, 1991 before Judge Myron H. Thompson, Montgomery, AL. | | | | |
| 2-10-92 | Certificate of Readiness of Record on Appeal mailed to USCA, Eleventh Circuit and counsel. | | | | |
| 1-7-92 | 90  CJA 20 approved for $2,872.80. | | | | |

Interval (per Section II) | Start Date / End Date | Ltr. Code | Total Days

UNITED STATES DISTRICT COURT  
CRIMINAL DOCKET   U. S. vs   ODELL EUGENE CAMMON

Northern  
91-0007

AO 256A

| DATE | PROCEEDINGS (continued)   Page 6 | V. EXCLUDABLE |
|------|----------------------------------|---------------|
| | (Document No.) | (a) \| (b) |

| DATE | Doc# | Proceedings |
|------|------|-------------|
| 5-27-92 | | Entire Record on Appeal (1 volumes pleadings, 5 volumes transcripts and 3 envelopes exhibits) picked up by UPS for delivery to USCA, Eleventh Circuit. |
| 1-4-93 | 91 | **Rule 36-1 Decision** (judgment entered 12/3/92, issued as mandate 12/30/92) of the U. S. Court of Appeals, Eleventh Circuit AFFIRMING the district court. |
| 1-4-93 | | Entire Record on Appeal (1 volume pleadings, 5 volumes transcripts and 3 envelopes exhibits) returned by USCA, Eleventh Circuit. |
| 8-25-93 | 92 | Defendant's **motion** to vacate, set aside or correct sentence under Title 28 § 2255 ; **motion** for leave to proceed IFP and **request** for appointment of counsel w/attached financial affidavit. Referred to Magistrate Judge Carroll. **M/DENIED 10/3/94.** |
| 8-25-93 | 93 | Defendant's **motion** for return of property. Referred to Judge Hobbs. Judge Hobbs referred to Magistrate Judge Carroll. **M/DENIED 10/3/94.** |
| 8-31-93 | 94 | Magistrate Judge Carroll's **ORDER** DIRECTING the clerk to serve a copy of the §2255 motion upon the USA for the Middle District of Alabama and ORDERING that a response be filed to the petition within 20 days of the date of this order. (Copies mailed to defendant; furnished USA w/cy of petition, USPO, USM.) |
| 9-13-93 | 95 | Magistrate Judge Carroll's **ORDER** directing the government to file a response to defendant's motion for return of property, filed on 8/25/93, on or before October 13, 1993. (Copy mailed to defendant; counsel; furnished: USA, USM, USPO). |
| 9-15-93 | 96 | Government's **RESPONSE** (to deft's 2255 motion). Referred to Magistrate Judge Carroll. |
| 9-21-93 | 97 | Magistrate Judge Carroll's **ORDER** that the defendant file a response on or before October 20, 1993, to the government's response filed September 15, 1993. (Copies mailed to deft; furnished USA, USM, USPO.) |
| 10-8-93 | 98 | Defendant's **MOTION** for Extension of Time. Referred to Magistrate Judge Carroll. **M/GRANTED TO AND INCLUDING NOVEMBER 4, 1993. 10/12/93 ORDER.** (Copies mailed to petitioner; furnished: USA, USPO). |

Interval  
(per Section II)

Start Date  
End Date

Ltr  
Cod

UNITED STATES DISTRICT COURT
CRIMINAL DOCKET
AO 256A

USA vs. ODELL EUGENE CAMMON

| DATE | PROCEEDINGS (continued) — (Document No.) Page 7 | V. EXCLUDABLE DELAY (a) (b) (c) (d) |
|---|---|---|
| 11-3-93 | 99   Defendant's "Pro Se Motion of Objection to the State Response and Motion to Suppress." Exhibits A-D attached. Referred to Magistrate Judge Carroll. | |
| 11-12-93 | 100  Magistrate Judge Carroll's **ORDER** that the government file a copy of the petitioner's trial transcript on or before December 10, 1993. (Order dated 11/10/93). (Copy mailed to petitioner; furnished: USA, USPO). | |
| 12-10-93 | 101  Government's **response** to court's Order to file a copy of petitioner's trial transcript. (No Certificate of service). Trial transcript attached. Referred to Magistrate Judge Carroll. **[TRANSCRIPT(2 Vols.) placed in separate binder]**. | |
| 12-21-93 | 102  Magistrate Judge Carroll's **ORDER** that on or before 1/18/94, the defendant may file a response to the answer filed by the government, as set out in order. The Court will not consider any documents or evidence filed by the deft after 1/18/94, except in exceptional circumstances. (Copies mailed to deft; furnished USA, USPO.) | |
| 12-29-93 | 103  Petitioner's **motion** for extension of time; Petitioner's **Motion** for default judgment. Referred to Magistrate Judge Carroll. **GRANTED/DENIED 1/6/94** | |
| 1-6-94 | 104  Magistrate Judge Carroll's **ORDER** GRANTING defendant's motion for extention of time; directing defendant to file a response to this court's 12/21/93 order on or before **2/4/94**; and DENYING the motion for default judgment. (Copies mailed to petitioner; furnished USA, USPO.) | |
| 2-8-94 | 105  Petitioner's (pro se) **motion** to impose sanctions and/or **motion** to object; **motion** for appointment of counsel. Referred to Mag. Judge Carroll. **DENIED 2/14/94** | |
| 2-14-94 | 106  Magistrate Judge Carroll's **ORDER** DENYING petitioner's 2/8/94 Motion to Impose Sanctions and/or Object and Motion for Appointment of Counsel. (opies mailed to petitioner; furnished USA, USPO.) | |
| 9-9-94 | 107  Magistrate Judge Carroll's **RECOMMENDATION** that defendant's motion for return of property be DENIED; **ORDER** directing the Clerk of the court to file the recommendation of the Magistrate Judge and to serve by mail a copy thereof on the parties to this action. The parties are DIRECTED to file any objections within a period of 13 days from the date of mailing to them. (Copies mailed to: defendant; furnished: USA, USM, USPO). | |

Interval (per Section II)   Start Date / End Date   Ltr. Code   Total Days

| | UNITED STATES DISTRICT COURT | NORTHERN DIVISIO |
|---|---|---|
| | CRIMINAL DOCKET  U.S. vs CAMMON, O'DELL EUGENE | 91-0007-02 |
| AO 256A | | Yr. \| Docket No. |

| DATE | PROCEEDINGS (continued)  Page 8 (Document No.) | V. EXCLUDABLE D (a) \| (b) \| (c |
|---|---|---|
| 9-9-94 | 108  Magistrate Judge Carroll's **recommendation** that the motion to vacate, set aside or correct sentence pursuant to the provisions of 28 U.S.C. § 2255 be DENIED; **ORDER** directing the Clerk of the court to file the recommendation and to serve by mail a copy thereof on the parties to this action. The parties are DIRECTED to file any objections to said recommendation within a period of 13 days from the date of mailing to them. (Copy mailed to petitioner; furnished: USA, USM, USPO). | |
| 9-26-94 | 109  Petitioner's **objections** to the Recommendation of the Magistrate Judge. Referred to Magistrate Judge Carroll. | |
| 9-26-94 | 110  Received copy of defendant's motion to compel discovery. Referred to Magistrate Judge Carroll. **DENIED** 9/29/94 see motion (Copies furnished USA, USM, USPO, USPTS; mailed to defendant.) | |
| 9-29-94 | File referred to Judge Hobbs. | |
| 10-3-94 | 111  **ORDER** adopting the Magistrate's recommendation filed on 9/9/94; that defendant's motion for return of certain property is hereby DENIED. EOD: 10/3/94. (Copy mailed to: defendant; furnished: USA, USM, USPO). (Copy placed in vault). | |
| 10-3-94 | 112  **ORDER** adopting the Magistrate's recommendation filed on 9/9/94; that the relief sought by defendant/ petitioner in his Section 2255 motion is hereby DENIED. EOD: 10/3/94 (Copies mailed to defendant/ petitioner; furnished to: USA, USM, USPO, Inmate Section Clerk; copy placed in vault). | |
| 10-13-94 | 113  Defendant's (pro se) **motion** to object to the Magistrate Judge's denial of motion to compel discovery. Referred to Judge HObbs. | |
| 10-17-94 | 114  **ORDER** DENYING defendant/petitioner's 10/13/94 "Motion to Object [to] the Magistrate Judge's Denial of Motion to Compel Discovery" as moot. (Copies mailed to deft; furnished USA, USM, USPO, USPTS.) | |
| 10-17-94 | 115  Defendant/petitioner's **MOTION** to reconsider (2255 Motion). Referred to Judge Hobbs. | |
| 10-18-94 | 116  **ORDER** DENYING defendant/petitioner's motion, filed on 10/17/94, requesting this Court to reconsider its order of 10/3/94. (Copies mailed to deft; furnished USA, USMM, USPO, USPTS.) | |

Interval (per Section II)  Start Date / End Date  Ltr. Cod

UNITED STATES DISTRICT COURT
CRIMINAL DOCKET
AO 256A

| DATE | PROCEEDINGS (continued)    Page 9 (Document No.) | V. EXCLUDABLE DELAY (a) \| (b) \| (c) \| (d) |
|---|---|---|
| 10-25-94 | 117  **Notice of Appeal** by O'Dell E. Cammon to the U.S. Court of Appeals, Eleventh Circuit from the Final Order entered in this action on 10/3/94. (Copies mailed to defendant with appeal information sheet & criminal docketing statement; Randolph Neeley, AUSA; & certified copy to USCA with copies of orders appealed from and docket entries.) | |
| 10-25-94 | 118  Defendant's **Motion** to Proceed on Appeal In Forma Pauperis (with Affidavit attached). Referred to Judge Hobbs. | |
| 10-25-94 | Notice of Appeal docketed & transmitted to USCA: Re: [116-1] Appeal by O'Dell E. Cammon | |
| 10-28-94 | 119  ORDER denying the IFP motion. (Copies mailed to defendant; furnished to U. S. Atty; certified copy mailed to USCA w/updated docket entries.) | |
| 2-21-95 | Received request for original papers from USCA, Eleventh Circuit. | |
| 2-23-95 | Entire Court File ( 2 volumes original papers & 2 volumes transcripts) picked up by UPS for delivery to USCA, Eleventh Circuit. | |
| 6-12-95 | Received copy of ORDER (dated 6/7/95) by USCA, Eleventh Circuit denying Appellant's motion for leave to proceed on appeal in forma pauperis because the appeal is without arguable merit. | |
| 6-12-95 | Received copy of correspondence from USCA (dated 6/7/95) advising appellant that upon expiration of fourteen (14) days from this date, this appeal will be dismissed by the clerk without further notice unless the $105.00 filing fee have been paid to the clerk of the district court. | |
| 6-22-95 | Received check in the amount of $105.00 from Odell Cammon for filing fee for [116-1] appeal filed 10-25-94. Receipt #56219. | |
| 6-30-95 | Entire Court File ( 2 volumes original papers & 2 volumes transcripts) returned by USCA, Eleventh Circuit. | |

UNITED STATES DISTRICT COURT
CRIMINAL DOCKET  U. S. vs CAMMON, ODELL EUGENE

AO 256A

NORTHERN
91-00007-0:
Yr. | Docket No.

| DATE | (Document No.) | PROCEEDINGS (continued) Page 10 | V. EXCLUDABLE DE (a) (b) (c) |
|---|---|---|---|
| 8-1-95 | | Certificate of Readiness of Record on Appeal mailed to USCA, Eleventh Circuit & counsel. | |
| 12-4-95 | | Received request from USCA (dated 11/30/95) for ROA. | |
| 12-4-95 | | Entire Record on Appeal ( 1 volume pleadings & 1 Envelope of Exhibits) picked up by UPS for delivery to USCA, 11th Cir. | |
| 12-27-95 | | Received acknowledgement of Receipt of Record on Appeal from USCA, Eleventh Circuit. Re: 94-7134 | |
| 9-13-96 | 120 | Defendant's (SECOND) **MOTION** to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody. Referred to Magistrate Judge Carroll via Torbert. | |
| 9-18-96 | 121 | Magistrate Judge Carroll's **RECOMMENDATION** that the petitioner's petition under 28 U.S.C. 2255 be DENIED pursuant to 28 U.S.C. 2244(b)(3)(A), failure to move in the appropriate appeals court for authorization to file a second application, and **ORDER** directing the Clerk to file the Recommendation and mail a copy to the parties and directing parties to file any objections within 13 days from the date of mailing to them. (Copies furnished USA, w/cy of petn, AND USPO; copy mailed to dft.) | |
| 9-26-96 | | PER CURIAM: (rendered 6/17/96) of the U.S. Court of Appeals, Eleventh Circuit. | |
| 9-26-96 | 122 | JUDGMENT BY USCA (rendered 6/17/96, is issued as the mandate: 9/25/96) AFFIRMING the ORDER of the District Court. | |
| 9-26-96 | | Entire Record on Appeal ( 1 volume pleadings & 1 Envelope Exhibits) returned by USCA, Eleventh Circuit. | |
| 10-3-96 | 123 | **ORDER and JUDGMENT** ADOPTING the Recommendation of the Magistrate Judge filed on 9/18/96 and DISMISSING the petitioner's petition for habeas corpus relief pursuant to the provisions of 28:2244(b)(3)(A). The costs are taxed against the defendant for which execution may issue. (Copies mailed to defendant and furnished USA, USPO, Prisoner Clerk.) | |
| 2-27-98 | 124 | Defendant's (third) "**MOTION** to Vacate and Correct Illegal Sentence Pursuant 18 U.S.C. 3582(a) in Violation of Amendment 535, and Motion to Vacate Illegal Sentence Imposed in Violation of Sections 4B1.1(3) and 5G1.3(b) U.S.S.G. Nunc Pro Tunc." Referred to Magistrate Judge Carroll/Staff Atty Hinson | |

Interval (per Section II) | Start Date / End Date | Ltr. Cod

UNITED STATES DISTRICT COURT  
CRIMINAL DOCKET     USA vs. ODELL EUGENE CAMMON  
AO 256A

| DATE | PROCEEDINGS (continued) (Document No.) | V. EXCLUDABLE DELAY (a) | (b) | (c) | (d) |
|------|----------------------------------------|---|---|---|---|
| 3-5-98 | 125  Magistrate Judge Carroll's **ORDER** directing the Clerk of the court to serve a copy of the §2255 motion upon the U. S. Attorney for the Middle District of Alabama; that the U. S. Attorney is Ordered to file an Answer within twenty(20) days from the date of this Order. (Copy of Order with §2255 motion furnished to: USA; Order furnished to: USM, USPO; Sheila; copy mailed to: Petitioner). | | | | |
| 3-24-98 | 126  Government's **ANSWER** to defendant's Motion to Vacate and Correct Illegal Sentence Pursuant to 18 USC 3582((a) in Violation of Amendment 535, and Motion to Vacate Illegal Sentence Imposed in Violation of Sections 4B1.1(3) and 5G1.3(b) U.S.S.G. Nunc Pro Tunc. Referred to Mag Judge Carroll/SA Hinson. | | | | |
| 3-27-98 | 127  Magistrate Judge Carroll's **RECOMMENDATION** that the 2/27/98 petn for habeas corpus relief be dismissed pursuant to 28:2244(b)(3(A) and ORDER that any objections be filed within a period of 13 days from the date of mailing to them. (Copies mailed to dft and furnished USA, USPO, USPTSO.) | | | | |
| 3-30-98 | 128  Petitioner's **motion** to amend/supplement the pending 28 U.S.C. § 2255 Motion pursuant to Rule 15(a), Fed. R. Civ. Proc. Referred to Magistrate Judge Carroll. **M/DENIED on 4/1/98.** (Copy mailed to defendant/Petitioner; furnished to: USA, USM, USPO, SHEILA. ) | | | | |
| 4-6-98 | 129  Petitioner's (Motion for) **Objection** to the Magistrate's Recommendation. Referred to Magistrate Judge Carroll/Hinson. Referred to Judge Hobbs. | | | | |
| 4-28-98 | File referred to Judge Hobbs. | | | | |
| 5-7-98 | 130  **ORDER** ADOPTING the Recommendation of the Magistrate Judge and DISMISSING the latest petition of petitioner Cammon pursuant to the provisions of 28:2244(b)(3)(A). Copies mailed to dft and furnished USA, USPO, Civil Clerk. | | | | |
| 5-29-98 | 131  Defendant's "Motion to Alter and Amend Judgement Pursuant to Rule 59(e), Fed. R. Civ. P. or in the Alternative Request for Leave to Proceed in Forma Pauperis and Notice of appeal." Referred to Judge Hobbs. | | | | |
| 5-29-98 | 131  **Notice of Appeal** by Odell Eugene Cammon to the U.S. Court of Appeals, Eleventh Circuit. (Copies Mailed.) | | | | |

UNITED STATES DISTRICT COURT  
CRIMINAL DOCKET   U.S. vs   USA vs. ODELL EUGENE CAMMON

91-00007-002  
Yr. | Docket No. | Def.

AO 256A

| DATE | PROCEEDINGS (continued) | V. EXCLUDABLE DELAY |
| | (Document No.) | (a) \| (b) \| (c) \| (d) |
|---|---|---|
| 6-11-98 | 132  ORDER DENYING defendant's Motion to Alter and Amend Judgment. The alternative request for leave to proceed in forma pauperis is also DENIED because the petition lacks merit. (Copies mailed to defendant and furnished USA, USM, USPO, USPTSO, Appeal Clerk.) | |
| 6-12-98 | File referred to Appeal Clerk. | |
| 6-12-98 | Notice of Appeal docketed & transmitted to USCA, 11th Cir., Re: [131-1] appeal by Odell Eugene Cammon. | |
| 6-19-98 | Received USCA #98-6423 Re: Doc. 131 Appeal | |
| 10-8-98 | 133  ORDER in regard to defendants Motion to Alter and Amend Judgment or in the Alternative Request for Leave to Proceed IFP and Notice of Appeal; Said Motion was denied by this Court on 6/11/98; that upon further review of Notice of Appeal the court treats the noticce as a Motion for a Certificate of Appealability; that the court concludes that the defendant fails to make a substantial showing of the denial of a constitutional right; that defendant's motion for a Certificate of Appealability be and is hereby DENIED. (Copies furnished to Defendant USA, USPO, USCA.) | |
| 12-8-98 | Received request from USCA, 11th Circuit for OP's. | |
| 12-8-98 | Entire Court File ( 2 volumes original papers, 5 volumes transcripts & 1 SEALED PSI report) picked up by UPS for delivery to USCA, 11th Circuit at request of Sheran Taylor. | |
| 12-14-98 | Received acknowledgment of receipt of ROA from the USCA, 11th Cir. | |
| 4/8/99 | Filed returned from the United States Court of Appeals, Eleventh Circuit (2 Vols. of pleadings, 1 Sealed PSI and 1 Envelope with 5 transcript vols. in it.) | |
| 4/8/99 | Received copy of Order from the United States Court of Appeals, Eleventh Circuit that Appellants M/for COA is GRANTED on the following issue only: Whether the district court erred in construing appellant's motion as filed in its entireety; No COA should issue on the remaining issues appellant raises, because he failed to make a substantial showing of the denial of a constitutional right. Appellant's IFP is GRANTED; M/for leave to amend his pleading and remand to the district court is DENIED. | |

Interval | Start Date | Ltr. | Total

UNITED STATES DISTRICT COURT
CRIMINAL DOCKET
AO 256A

| DATE | PROCEEDINGS (continued) (Document No.) | V. EXCLUDABLE DELAY (a) | (b) | (c) | (d) |
|---|---|---|---|---|---|
| 4/8/99 | Received request from the United States Court of Appeals, Eleventh Circuit for the Certificate of Readiness to be forwarded to their court. | | | | |
| 4/23/99 | Certificate of Readiness is forwarded to the United States Court of Appeals, Eleventh Circuit for appeal purposes. | | | | |
| 9-9-99 | Received request from USCA, 11th Circuit for ROA. | | | | |
| 9-10-99 | Record on Appeal mailed to USCA, 11th Circuit at request of Alesha Warren. | | | | |
| 9-20-99 | Received acknowledgment of receipt of ROA from USCA, 11th Cir. | | | | |
| 2-29-00 | Received PER CURIAM OPINION: (rendered 12/29/99) of the U.S. Court of Appeals, Eleventh Circuit. [98-6423] | | | | |
| 2-29-00 | 134  JUDGMENT of USCA (rendered 12/29/99, is issued as the mandate 2/28/00) of the U.S. Court of Appeals, Eleventh Circuit, AFFIRMING the order of the District Court in this cause. (BEFORE: BIRCH, CARNES AND BARKETT, Circuit Judges.)  [98-6423] | | | | |
| 2-29-00 | Entire Record on Appeal returned from USCA, Eleventh Circuit.  SEALED PSI returned to vault. | | | | |
| 8-17-00 | 135  **Notice of Appeal** by Odell Eugene Cammon to the U.S. Court of Appeals, Eleventh Circuit from the Sentence entered in this action on July 17, 1991. (Copies mailed to Odell Eugene Cammon, defendant with transcript order information form, USA & certified copy to USCA with copies of order appealed from and docket entries.) | | | | |
| 8-17-00 | 135  Notice of appeal construed as containing a motion to proceed on appeal in forma pauperis. referred to Judge Hobbs. | | | | |
| 8-18-00 | Notice of appeal docketed & transmitted to USCA, 11th Cir.; Re: ]135-1] appeal. | | | | |
| 8/23/00 | Received case number USCA NO. 00-14337-F. | | | | |
| 8/23/00 | Received copy of letter appointing Attorney John D. Cates from USCA, Eleventh Circuit to represent defendant. | | | | |
| 9/11/00 | 136  ORDER denying (135) Motion to Proceed on Appeal In Forma Pauperis. Copies mailed to:USCA,John Cates,Odell Cammon Furnished to: USA,USPO | | | | |

Interval (per Section II) | Start Date / End Date | Ltr. Code | Total Days

| UNITED STATES DISTRICT COURT<br>CRIMINAL DOCKET   U.S. vs<br>Odell Eugene Cammon<br>AO 256A | | NORTHERN<br>91-00007-02<br>Yr.  Docket No.  Def. |
|---|---|---|
| DATE | PROCEEDINGS (continued)   Page 14<br>(Document No.) | V. EXCLUDABLE DELAY<br>(a)  (b)  (c) (d) |
| 9-13-00 | Received copy of Notice to defendant(appellant) (dated 9/12/00) from U.S. Court of Appeals, Eleventh Circuit, advising appellant that a motion to withdraw from Attorney John D. Cates from representing on appeal has been filed with the court. Defendant may hire another attorney to represent him or file a response, if any with the court for ruling within fourteen (14) days. | |
| 9-13-00 | Received request from USCA (dated 9/12/00) for original papers. | |
| 9-14-00 | Entire Record on Appeal ( 2 volumes original papers, 5 volume transcripts) picked up by UPS for delivery to USCA, 11th Circuit at request of Mildred Norwood. [00-14337-F] | |
| 9-14-00 | Received NOTICE OF JURISDICATIONAL question from USCA, 11th Circuit (dated 9/13/00) as to whether the pro se appellant deposited the notice of appeal in the institution's internal mail system or, if applicable, in the institution's legal mail system for forwarding to the district court within the appeal period?<br>    Judgement and commitment order<br>      entered on the docket: 4/10/91<br>    Notice of appeal filed in the district<br>      court: 8/17/00.  [00-14337-F] | |
| 9-19-00 | Received acknowledgment of receipt of Record on Appeal from USCA, 11th Cir. | |
| 9-25-00 | 137  Defendant's Motion to Reconsider. referred to Judge Hobbs. | |
| 10-4-00 | 138  **ORDER** denying defendant's motion to reconsider for lack of jurisdiction. (Copies mailed to deft; furn to usa, ptso, uspo) | |
| 11/13/00 | 139  Received copy of ORDER (rendered November 09, 2000, is issued in lieu of the mandate) of the U.S. Court of Appeals, Eleventh Circuit, DISMISSING this Appeal for Lack of Jurisdiction, that Appellant's notice of appeal was filed on August 17, 2000, more than nine years after the entry of his criminal judgment on July 18, 1991 and was, therefore, untimely, that an extension of the appeal period is not permissible because the notice was also filed well after the expiration of the | |

Interval   Start Date   Ltr. Total
(per Section II)  End Date  Code Days

UNITED STATES DISTRICT COURT
CRIMINAL DOCKET
AO 256A

| DATE | PROCEEDINGS (continued) (Document No.) | V. EXCLUDABLE DELAY (a) | (b) | (c) | (d) |
|---|---|---|---|---|---|
| | additional 30-day period during which such extensions are allowed, DENYING AS MOOT Appointed counsel's motion for leave to withdraw. (Before: COX, CARNES and WILSON, Circuit Judges.) [00-14337-F] | | | | |
| 12-11-00 | Entire Court File ( 2 volumes original papers, 5 volumes transcripts) returned by USCA, 11th Circuit. ]00-14337-F] | | | | |
| 6-22-01 | 140   Deft's motion to modify terms of imprisonment. Referred to Judge Hobbs.  **DENIED 10/2/01** | | | | |
| 10-2-01 | 141   **ORDER** denying motion to modify terms of imprisonment. (Copies mailed to deft.; furnished to USA) | | | | |

Interval (per Section II)   Start Date / End Date   Ltr. Code   Total Days