ODELL EUGENE CAMMON
REG. #08358-002
FEDERAL CORRECTIONAL INSTITUTION
P.O. BOX 15330
FORT WORTH, TEXAS. 76119

FEBRUARY 19, 2008

HONORABLE MARK FULLER, CHIEF JUDGE
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
MONTGOMERY, ALABAMA. 36104

**RE:** RECENT CHANGE TO THE CRACK
COCAINE AMENDMENT, EFFECT-
IVE MARCH 3, 2008.

Dear Honorable Judge Mark Fuller,

   Your Honor sir I am writing you in regards to the recent change to the U.S. Sentencing Guideline's for Crack Cocaine. After researching my case and talking to the Staff here at FCI Fort Worth, Texas, I believe that my case fits the criteria to request for a sentence reduction. The only problem is that I don't know how to go by filing any paperwork to the Court to ask for a reduction.

   I was told by the Staff here at FCI Fort Worth, TX, that if I needed help filing for a reduction and I didn't have anybody representing me, then I should contact the Court where I was sentenced at and ask the Honorable Judge of that Court if he/she could appoint me an Attorney to assist me with filing for a sentence reduction. I was sentenced by the Honorable Judge Truman Hobbs back in July 1991.

   I am not sure if the Honorable Judge Truman Hobbs is still on the bench, since that was 17 years ago, so that is why I am writing to you sir. I don't have anyone else to turn to, will you please help me Your Honor sir? Please write me back and let me know if you could help me, I would appreciate your help very much. I would like to thank you in advance for your time and assistance, please write me back soon, may God bless you.

Respectfully Submitted,

*Odell Cammon*
Odell Eugene Cammon #08358-002
Case No.# 91-00007-02

AO 245 S (Rev. 4/90) Sheet 1 - Judgment in a Criminal Case

# United States District Court

MIDDLE District of ALABAMA

Certified as a true copy on
This Date: 7-18-91
By _____
( ) Clerk
( ✓ ) Deputy

UNITED STATES OF AMERICA
V.
ODELL EUGENE CAMMON
a/k/a Eugene Love
a/k/a Harry Green
(Name of Defendant)

**JUDGMENT IN A CRIMINAL CASE**
(For Offenses Committed On or After November 1, 1987)

Case Number: 91-7-N

Hon. John D. Cates

Defendant's Attorney

FILED
JUL 17 1991
THOMAS C. CAVER, CLERK
BY _____
DEPUTY CLERK

**THE DEFENDANT:**

☐ pleaded guilty to count(s) _____
☒ was found guilty on count(s) 4, 8 and 9 by jury verdict on April 23, 1991 after a plea of not guilty.

Accordingly, the defendant is adjudged guilty of such count(s), which involve the following offenses:

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| 18 USC 922(g)(1) | Felon in possession of firearms which had been transported in interstate commerce. | 5-23-90 | 4 |
| 21 USC 841(a)(1) | Distribution of a Schedule II controlled substance - cocaine base. | 5-23-90 | 8 |
| 18 USC 924(c)(1) | Carrying a firearm during a drug trafficking crime. | 5-23-90 | 9 |

The defendant is sentenced as provided in pages 2 through 4 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☒ The defendant has been found not guilty on count(s) 2 and 3 by jury verdict on April 23, 1991, and is discharged as to such count(s).
☐ Count(s) _____ (is)(are) dismissed on the motion of the United States.
☒ It is ordered that the defendant shall pay a special assessment of $ 150.00 , for count(s) 4, 8 and 9 , which shall be due ☒ immediately ☐ as follows: through the office of the U.S. District Court Clerk.

IT IS FURTHER ORDERED that the defendant shall notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

Defendant's Soc. Sec. No.: 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
Defendant's Date of Birth: 8-2-49
Defendant's Mailing Address:
Route 3, Box 46
Clanton, Alabama 35448

Same as above

July 17, 1991
Date of Imposition of Sentence

*Truman Hobbs*
Signature of Judicial Officer

TRUMAN HOBBS, Senior U.S. District Judge
Name & Title of Judicial Officer

July 17, 1991

FOD    Date 7-18-91

Odell Eugene Cammon #08358-002 (Ft. Worth Unit)
Federal Correctional Institution
P.o box 15330
Ft. Worth, Texas. 76119

FORT WORTH TX 761

20 FEB 2008  PM 4 T

"LET US D
THINK, S
John Ada
powero



Honorable Mark Fuller, Chief Judge
United States District Court
Middle District of Alabama
1 Church Street
Montgomery, Alabama. 36104