# UNITED STATES DISTRICT COURT
for the

MIDDLE District of ALABAMA

| | |
|---|---|
| United States of America ) | |
| v. ) | |
| ODELL EUGENE CAMMON ) | Case No: 2:91CR00007-002-TMH |
| ) | USM No: 08358-002 |
| Date of Previous Judgment: 7/17/1991 ) | Patricia Kemp |
| (Use Date of Last Amended Judgment if Applicable) ) | Defendant's Attorney |

### Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

☐
Upon motion of  X the defendant  ☐ the Director of the Bureau of Prisons  ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:

X DENIED.   ☐ GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of _____ months **is reduced to** _____.

## I. COURT DETERMINATION OF GUIDELINE RANGE (Prior to Any Departures)

| | | | |
|---|---|---|---|
| Previous Offense Level: | 32 | Amended Offense Level: | N/A |
| Criminal History Category: | VI | Criminal History Category: | |
| Previous Guideline Range: | 210 to 262 months | Amended Guideline Range: | ___ to ___ months |

## II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE
☐ The reduced sentence is within the amended guideline range.
☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
X Other (explain):   Defendant is not eligible for reduction based on Career Offender status. Additionally, based on amount of crack cocaine distributed (250 mg), drug guideline is unchanged.

## III. ADDITIONAL COMMENTS



Except as provided above, all provisions of the judgment dated 7/17/1991 shall remain in effect.
**IT IS SO ORDERED.**

Order Date: September 12, 2008

_____
Judge's signature

Effective Date: _____
(if different from order date)

TRUMAN HOBBS, SENIOR U.S. DISTRICT JUDGE
Printed name and title